IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:12-cr-199-JEC-JFK |
| BRIAN BELL-02, TOBIAS GOINES-03, | |
| Defendants. | |

**ORDER**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [55] recommending denying defendant Goines' Motion for Severance [42]. No objections to the Report and Recommendation [55] have been filed. The Court has reviewed the Final Report and Recommendation [55] on the merits and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [55] **DENYING** defendant Goines' Motion for Severance [42].

SO ORDERED, this 14th day of DECEMBER, 2012.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE